1  A. J. SHARP, ESQ.
   Nevada Bar No. 11457
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6

7                       UNITED STATES DISTRICT COURT

8                             DISTRICT OF NEVADA

9  SHEILA KERR,                          Case No.: 2:12-cv-00487-GMN-PAL
                    Plaintiff,
10 v.                                    **DEFENDANT WAL-MART STORES,
                                         INC.'S SUPPLEMENT TO ITS REQUEST**
11 WAL-MART STORES, INC., DOES I-X and   **FOR JUDICIAL CONFERENCE**
12 ROE CORPORATIONS I-X, inclusive,      **REGARDING DISCOVERY DISPUTE**
                                         **(DOCKET FILING #20)**
13              Defendants.

14

15    COMES NOW Defendant WAL-MART STORES, INC. ("Walmart"), by and through its

16 counsel of record, A. J. SHARP, ESQ., of the law firm of PHILLIPS, SPALLAS & ANGSTADT

17 LLC, and hereby supplements its request that this Court conduct a judicial conference with counsel

18 regarding Walmart's Interrogatory No. 19, to which Plaintiff Sheila Kerr has declined to respond. *See*

19 *Docket Filing #20.* This Court has calendared a Hearing regarding that issue at **9:30 a.m. on**

20 **Tuesday, September 11, 2012**. *Docket Filing #21*.

21

22    In addition to the dispute regarding Walmart's Interrogatory, the parties in this matter also

23 disagree about the propriety of a non-Nevada-licensed physician's authorization to conduct an

24 Independent Medical Examination within the State of Nevada. Walmart has retained the services of

25 an out-of-state physician to conduct an Independent Medical Examination in this case. The General

26 Counsel of the Nevada State Board of Medical Examiners, Bradley O. Van Ry, Esq., has confirmed

27 with Defense counsel that the Nevada State Board of Medical Examiners authorizes out-of-state

28

physicians to conduct Independent Medical Examinations within the State of Nevada, and has offered to confer with this Court regarding the Board's position on this topic.  Mr. Van Ry has offered to be available by telephone beginning at 9:30 a.m., the scheduled time for this Court's Hearing, to discuss this matter with the Court.

Walmart therefore respectfully requests that this Court allow Mr. Van Ry to participate telephonically in the upcoming Hearing, to assist the Court in addressing this issue.

DATED this 6th day of September, 2012.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ A. J. Sharp

A. J. SHARP, ESQ.
Nevada Bar No. 11457
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

**IT IS ORDERED** that Mr. Van Ry may participate telephonically in the upcoming hearing scheduled for 9:30 a.m. on September 11, 2012.  Defense counsel is instructed to call Jeff Miller, Courtroom Deputy, at (702) 464-5420 **before 4:00 p.m., 9/10/2012,** to indicate the telephone number where Mr. Ry may be reached.  The courtroom deputy will initiate the call for the hearing.

Dated this 7th day of September, 2012.

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2012, I served a true and correct copy of the foregoing, **DEFENDANT WAL-MART STORES, INC.'S SUPPLEMENT TO ITS REQUEST FOR JUDICIAL CONFERENCE REGARDING DISCOVERY DISPUTE (DOCKET FILING #20)**, by U.S. Mail, in a sealed envelope, first-class postage fully prepaid, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| Jared B. Anderson, Esq.<br>STOVALL & ASSOCIATES<br>3216 West Charleston Boulevard<br>Suite B<br>Las Vegas, NV 89102 | Telephone: (702) 258-3034<br>Fax: (702) 258-0093 | Plaintiff |

/s/ A. J. Sharp

An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC