1 BRENDA H. ENTZMINGER
Nevada Bar No. 9800
2 A. J. SHARP
Nevada Bar No. 11457
3 **PHILLIPS, SPALLAS & ANGSTADT LLC**
4 504 South Ninth Street
Las Vegas, Nevada 89101
5 (702) 938-1510

6
*Attorneys for Defendant*
7 *Wal-Mart Stores, Inc.*

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10 SHEILA KERR,  Case No.: 2:12-cv-00487-GMN-PAL
Plaintiff,
11 v. **STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**
12
WAL-MART STORES, INC., DOES I-X and
13 ROE CORPORATIONS I-X, inclusive,

14 Defendants.

15

16   IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

17 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  party's own costs and attorney's fees.

2  DATED this 23rd day of January, 2013.     DATED this 31st day of January, 2013.

3  **STOVALL & ASSOCIATES**                  **PHILLIPS, SPALLAS & ANGSTADT**

4  _____               _____
5  Jared B. Anderson, Esq.                   A. J. Sharp, Esq.
6  2301 Palomino Lane                        504 South Ninth Street
   Las Vegas, Nevada 89107                   Las Vegas, Nevada 89101
7  *Attorneys for Plaintiff*                 *Attorneys for Defendant*

8

9
                              **ORDER**
10

11         PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

12  it is hereby:

13         ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

14  with prejudice, each party to bear that party's own costs and attorney's fees.

15      **DATED** this 1st day of February, 2013.

16

17

18                                              _____
19                                              Gloria M. Navarro
                                                United States District Judge
20

21

22

23

24

25

26

27

28